DORSEY & WHITNEY LLP
Bruce R. Ewing (BE-0724)
250 Park Avenue
New York, New York 10177
(212) 415-9200

Attorneys for Plaintiff
Toy Play, LLC

*Filed 12-13-07*

*Judge Pauley*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TOY PLAY, LLC,

                Plaintiff,

-v-

GEOMETIX INTERNATIONAL LLC,

                Defendant.
-----------------------------------------------------------X

07-CV-11226

**RULE 7.1 STATEMENT**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff, Toy Play, LLC, certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held and/or owns 10% or more of the said party's stock:

      NONE

|  |  |
|---|---|
| | Respectfully submitted, |
| Dated: December 13, 2007<br>New York, New York | **DORSEY & WHITNEY LLP**<br><br>By: _/s/ Bruce R. Ewing_<br>Bruce R. Ewing (BE-0724)<br>250 Park Avenue<br>New York, NY 10177<br>(212) 415-9200<br><br>Attorneys for Plaintiff<br>Toy Play, LLC |

2