℅AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |
|---|---|---|

TOY PLAY, LLC,
Plaintiff,

V.

GEOMETIX INTERNATIONAL LLC,
Defendant.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

# 07 CV 11226

## Judge Pauley

TO: (Name and address of Defendant)

Geometix International LLC
101 Heatherwood Drive
Brookfield, Connecticut 06804

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Bruce R. Ewing, Esq.
DORSEY & WHITNEY LLP
250 Park Avenue
New York, NY 10177
(212) 415-9200

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

DEC 1 3 2007

CLERK _____     DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | | |
|---|---|---|---|
| TRAVEL | SERVICES | TOTAL | $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
            Date                     *Signature of Server*

                                    _____
                                      *Address of Server*

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

---

**TOY PLAY LLC**

Plaintiff(s), Petitioner(s)

*against*

**GEOMETIX INTERNATIONAL**

Defendant(s), Respondent(s)

**CLIENT: Preemptive Process Servers, Inc.**

**INDEX NO.: 07 CV 11226**

## AFFIDAVIT OF SERVICE

---

STATE OF CONNECTICUT: COUNTY OF HARTFORD

I, Eric Rubin being duly sworn according to law upon my oath, depose and say, that deponent is not a party to this action, is over 18 years of age and resides in Bethel, CT.

Furthermore, that on **December 14, 2007 at 7:09 PM at 101 Heatherwood Drive, Brookfield, CT 06804,** deponent served the **Summons In A Civil Action and Complaint w/ Exhibits; Rule 7.1 Statement; Civil Cover Sheet; Individual Practices of Judge William H. Pauley III; Critical Instructions to Attorneys; 3rd Amended Instructions for Filing an Electronic Case of Appeal; Guidelines for Electronic Case Filing; Procedures for Electronic Case Filing; Individual Practices of Magistrate Judge Maas** upon **Geometix International**, (Defendant/Respondent) herein known as Recipient.

Said service was effected in the following manner:

By delivering to and leaving a true copy of each **Summons In A Civil Action and Complaint w/ Exhibits; Rule 7.1 Statement; Civil Cover Sheet; Individual Practices of Judge William H. Pauley III; Critical Instructions to Attorneys; 3rd Amended Instructions for Filing an Electronic Case of Appeal; Guidelines for Electronic Case Filing; Procedures for Electronic Case Filing; Individual Practices of Magistrate Judge Maas** with **Warren Fentress** a person who is known to be the **Agent for Service** of said corporation and/or company, and who is authorized by said corporation and/or company to receive said **Summons In A Civil Action and Complaint w/ Exhibits; Rule 7.1 Statement; Civil Cover Sheet; Individual Practices of Judge William H. Pauley III; Critical Instructions to Attorneys; 3rd Amended Instructions for Filing an Electronic Case of Appeal; Guidelines for Electronic Case Filing; Procedures for Electronic Case Filing; Individual Practices of Magistrate Judge Maas**.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:
Sex: **Male** Skin: **White** Age(Approx): **36-50** Height(Approx): **5'9" - 6'** Weight(Approx): **161-200 lbs**
Other: **Wearing a baseball hat**

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
Eric Rubin, Private Process Server

Sworn to before me on December 17, 2007

_____
Notary Public
My Commission Expires: 08/31/2009

