ROBERT PREVITO, ESQ. (RP6514)
235 Brooksite Drive
Hauppauge, New York 11788
631-265-4494  f: 631-265-4382  *Rprevito@hotmail.com*
Attorneys for Defendant Geometix International, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
TOY PLAY, LLC,                                              :
                                                            :
                      Plaintiff,                            :
                                                            :
         - against -                                        :
                                                            :
GEOMETIX INTERNATIONAL, LLC,                                :
                                                            :
                      Defendant.                            :
-------------------------------------------------------------x

HON. WILLIAM PAULEY III

Civil Action No. 07 CV 11226
Filed: 12/13/07

**Rule 7.1 Statement**

PURSUANT to RULE 7.1 of the Federal Rules of Civil Prodcued and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Geometix International, LLC, certifies that the following are corporate parents, affiliates, and/or subsidiaries of said party which are publicly held and/or owns 10% or more of the said party's stock:

NONE

Dated:  January 17, 2008            Respectfully Submitted,


                                    ROBERT PREVITO, ESQ. (RP6514)
                                    Attorney for Defendant Geometix International, LLC
                                    235 Brooksite Drive, Hauppauge, New York 11788
                                    (631) 265-4494