UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                         :

TOY PLAY, LLC,

                                         :

          Plaintiff,                   07 Civ. 11226 (WHP)

:                                      :

          -against-                   <u>SCHEDULING ORDER NO. 1</u>

                                         :

GEOMETIX INTERNATIONAL, LLC,

                                         :

          Defendant.

                                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

        The parties having appeared for a conference on February 29, 2008, the following schedule is established on consent:

1. Plaintiff shall file and serve its answer to Defendant's counterclaims by March 10, 2008;

2. The parties shall serve their Fed. R. Civ. P. 26(a)(1) initial disclosures by March 12, 2008;

3. All discovery shall be completed by April 30, 2008;

4. Plaintiff shall file and serve its motion for summary judgment by May 23, 2008;

5. Defendants shall file and serve its opposition to the motion by June 13, 2008;

6. Plaintiff shall file and serve its reply on the motion by June 20, 2008; and

7. This Court will hold oral argument on the motion on June 27, 2008 at 10:00 a.m.

Dated: February 29, 2008
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*Counsel of Record*

Bruce Roy Millar Ewing, Esq.
Dorsey & Whitney LLP
250 Park Avenue
New York, NY 10177
*Counsel for Plaintiff*

Robert Philip Previto, Esq.
235 Brooksite Drive
Hauppauge, NY 11788
*Counsel for Defendant*