UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TOY PLAY, LLC,

       Plaintiff,    07 Civ. 11226 (WHP)

  - against -

GEOMETIX INTERNATIONAL, LLC,    **STIPULATION AND ORDER**

       Defendant.
-----------------------------------------------------------X

  The parties to this action hereby stipulate and agree as follows by their respective undersigned counsel, each of whom warrants and represents that they have been authorized by their respective clients to execute this Stipulation and Order:

  1.  All claims and counterclaims asserted in this action by either plaintiff or defendant shall be and hereby are dismissed with prejudice.

  2.  For good and valuable consideration, plaintiff and defendant mutually agree to forever discharge and release each other, together with their respective officers, employees, agents, attorneys, corporate affiliates, parent corporations, shareholders and subsidiary corporations, from any and all claims, counterclaims, causes of action, demands, damages, obligations or liabilities that either party hereto has asserted or could have asserted in this proceeding against the other. Without limiting the generality of this paragraph, this release shall extend to all claims, counterclaims, causes of action, demands, damages, obligations or liabilities unknown to the parties as of the date of this Stipulation and Order.

  3.  All parties hereto shall bear their own costs and attorney's fees incurred in connection with this proceeding.

  4.  There shall be no appeal from this Stipulation and Order.

Dated: New York, New York
April 1, 2008

DORSEY & WHITNEY LLP

By _____
Bruce R. Ewing (BE-0724)
250 Park Avenue
New York, NY 10177
(212) 415-9200

Attorneys for Plaintiff
Toy Play LLC

ROBERT PREVITO, ESQ.

By _____
Robert Previto (RP-6514)
235 Brooksite Drive
Hauppauge, New York 11788
(631) 265-4494

Attorneys for Defendant
Geometix International, LLC

SO ORDERED:

_____
U.S.D.J.
4/14/08

2